UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


William Giordani

      v.                                                   Civil No. 12-cv-439-PB

Londoderry,  NH, 150 Capitol Hill Dr.


**ORDER GRANTING MOTION TO PROCEED**
***IN FORMA PAUPERIS***


      The plaintiff, an inmate at Hillsborough County Department of Corrections ("Institution"),

has filed a motion to proceed *in forma pauperis* in the above-captioned case and an inmate

account statement signed by an authorized individual from the Institution indicating the plaintiff's

currently balance of $0.  Plaintiff has also submitted a signed consent form indicating consent to

permit inmate accounts to make court-ordered payments on his behalf.

      The motion to proceed *in forma pauperis* is GRANTED.   While 28 U.S.C. § 1915(b)(1)

requires the court assess an initial filing fee, given the plaintiff's current balance is $0 there shall be

no initial filing fee assessed.  Going forward, however, the plaintiff shall be responsible for

monthly payments of 20% of each preceding month's income credited to his account, which shall

be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of

$350.00 has been paid.  28 U.S.C. § 1915(b)(2).

      The monthly payments as outlined above shall be forwarded to the Clerk of Court by the

Institution in accordance with this Order.  A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 5), shall be forwarded by the Court to the Institutions inmate

account department.

      SO ORDERED.

                              _____
                              Landya B. McCafferty
                              United States Magistrate Judge

Dated:  November 29, 2012

cc:  William Giordani, pro se
      Inmate Accounts, Hillsborough County Department of Corrections