```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

**William Giordani**

      v.         Civil No. 12-cv-439-PB

**Londonderry, NH, 150 Capital Hill Dr.**


### O R D E R

 No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 9, 2013.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

 SO ORDERED.

               */s/ Paul Barbadoro*
               Paul Barbadoro
               United States District Judge

Date: May 17, 2013

cc:  William Giordani